Attorney(s):            Index # **14 CV 5098**

Purchased/Filed: **July 8, 2014**

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York      U. S. District Court      Southern Dist. County

Zoltan Hirsch,

                                   Plaintiff

against

Ralph Lauren Corporation, a Delaware corporation d/b/a Denim & Supply, et al.,

                                   Defendant

STATE OF NEW YORK )    **DESCRIPTION OF PERSON SERVED:**    Approx. Age: 28 Yrs.
COUNTY OF ALBANY ) SS
CITY OF ALBANY )    Weight: 125 Lbs.   Height: 5' 1"   Sex: Female   Color of skin: Black

Hair color: Black   Other: _____

_____ Kyle Warner _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ July 23, 2014 _____, at _____ 2:09 PM _____, at the office of the Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served **Summons in a Civil Action & Complaint**

on _____ **99 University Corp.** _____, the Defendant in this action, by delivering to and leaving with _____ Candace Watson-Cottle _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____ 40 _____ dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

23rd day of _____ July 2014 _____

_____ (signature) _____
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2015

_____ (signature) _____
Kyle Warner

Invoice·Work Order # 1412954