UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :

ZOLTAN HIRSCH                         :      Case No. 14-CV-5098 (JGK)

               Plaintiff,       :      ECF CASE

vs.                                   :

RALPH LAUREN CORPORATION, a Delaware :    **DEFENDANT 99 UNIVERSITY**
corporation, d/b/a DENIM & SUPPLY, RALPH   :    **CORPORATION'S**
LAUREN, and 99 UNIVERSITY CORP., a New   :    **FED. R. CIV. P. 7.1 STATEMENT**
York corporation,                      :

                                       :

                   Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and

magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned

attorney of record for Defendant 99 University Corporation certifies that the following reflects

any publicly held corporate parents of 99 University Corporation and any publicly held company

that owns 10% or more of 99 University Corporation's stock:

       1.      99 University Corporation is a privately owned corporation, and has no
             parent corporation. No publicly held corporation owns 10% or more of 99
             University Corporation stock.

Dated: August 13, 2014
New York, New York

                          By: _____
                          PROSKAUER ROSE LLP
                          Eleven Times Square
                          New York, New York 10036
                          Telephone: 212.969.3000
                          Facsimile: 212.969.2900
                          Laura M. Fant
                          lfant@proskauer.com
                          Joshua A. Stein
                          jstein@proskauer.com
                          *Attorneys for Defendant 99 University*
                          *Corporation*