UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:
ZOLTAN HIRSCH                                              : Case No. 14-CV-5098 (JGK)
:
                Plaintiff,          : ECF CASE
:
vs.                                                        :
:
RALPH LAUREN CORPORATION, a Delaware    : **NOTICE OF APPEARANCE**
corporation, d/b/a DENIM & SUPPLY, RALPH   :
LAUREN, and 99 UNIVERSITY CORP., a New    :
York corporation,                          :
:
                Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant 99 University Corporation. I certify that I am admitted to practice in this Court.

| | |
|---|---|
| Dated:   New York, New York<br>          August 13, 2014 | PROSKAUER ROSE LLP<br><br>By: _____<br>     Laura M. Fant<br>     Eleven Times Square<br>     New York, NY 10036-8299<br>     Telephone: 212.969.3631<br>     Facsimile: 212.969.2900<br>     lfant@proskauer.com |