UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ZOLTAN HIRSCH, | Case No. 14-CV-5098 (JGK) |
| Plaintiff, | ECF CASE |
| vs. | |
| RALPH LAUREN CORPORATION, a Delaware corporation, d/b/a DENIM & SUPPLY, RALPH LAUREN, and 99 UNIVERSITY CORP., a New York corporation, | **NOTICE OF APPEARANCE** |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

 Please enter my appearance as counsel in this case for Defendant 99 University Corporation.  I certify that I am admitted to practice in this Court.


Dated: New York, New York
    August 13, 2014

             PROSKAUER ROSE LLP

             By: /s/ Joshua A. Stein
               Joshua A. Stein
             Eleven Times Square
             New York, NY  10036-8299
             Telephone: 212.969.3552
             Facsimile: 212.969.2900
             jstein@proskauer.com