UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HIRSCH,

                Plaintiff(s),

                **NOTICE OF COURT CONFERENCE**

-against-

RALPH LAUREN,                14 civ 5098 (JGK)

                Defendant(s).
-------------------------------------------------------X

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Monday, October 27, 2014,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

                                                  **Don Fletcher**
                                            **Courtroom Case Manager**

Dated: New York, New York
          September 12, 2014



```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2014
```