

Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

September 15, 2014

Laura M. Fant
Attorney at Law
d 212.969.3631
f 212.969.2900
lfant@proskauer.com
www.proskauer.com

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Hirsch v. Ralph Lauren Corporation, et al.*, 14-CV-5098 (JGK),
Request for Extension of Time to Answer

Dear Judge Koeltl:

We are counsel for Defendants Ralph Lauren Corporation ("Ralph Lauren") and 99 University Corporation ("99 University Corp.") (collectively, "Defendants") in the above-captioned matter. We write pursuant to Your Honor's Individual Practices to respectfully request that the Court extend the deadline to file Defendants' respective Answers to Plaintiffs' Complaint for an additional thirty (30) days from September 22, 2014 to October 22, 2014. Defendants further request that the pretrial conference, currently scheduled for Monday, October 27, 2014, be accordingly adjourned for an equivalent period of time. Plaintiff's counsel has consented to such an extension of time. The parties are currently in the process of engaging in settlement negotiations with the anticipation of reaching a mutually acceptable agreement and require additional time to do so. One previous extension of time was requested by 99 University Corp. in this matter in order to align its initial time to respond with that of Ralph Lauren, which request was granted by the Court on August 14, 2014.

As such, Defendants respectfully request that the Court grant Defendants' request to extend the deadline to file Defendants' respective Answers to Plaintiff's Complaint to October 22, 2014, and to further accordingly adjourn the pretrial conference, currently scheduled for October 27, 2014.

We thank the Court for its consideration of this request.

Respectfully submitted,

Laura M. Fant

cc: B. Bradley Weitz, Esq. (counsel for Plaintiff Zoltan Hirsch) (via electronic mail)
Joshua A. Stein, Esq.